# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| Bluefly Acquisition, LLC, | ) |
| | ) Case No. 19-10207 (CSS) |
| Debtor. | ) |
| | ) |
| | ) |
| | ) |
| Jeoffrey L. Burtch, Chapter 7 Trustee, | ) |
| | ) Adv. Pro. No. 21-50067 (CSS) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Accessx, LLC, Accessx, LLC d/b/a Tribeca Fashion House and Accessx, LLC d/b/a ICON, | ) ) ) |
| Defendant. | |

## NOTICE OF DISMISSAL

Please take notice that the complaint in the above-captioned adversary proceeding is hereby dismissed with prejudice. This adversary proceeding is hereby closed.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: April 26, 2021